# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICKEY ADAMS AND DONNA ADAMS

VERSUS

BERKLEY INSURANCE COMPANY,
TOTAL WASTE SOLUTIONS, LLC,
GRAND ISLE SHIPYARD, LLC AND
ANTONUAL G. BROWN

NO.  2023 CW 0870

**SEPTEMBER 21, 2023**

---

In Re:   Key Risk Insurance Company; Total Waste Solutions, LLC; and Antonual G. Brown, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 142079.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT GRANTED.**  Notice of the hearing on plaintiffs' motion for summary judgment was served on defendants less than thirty days prior to the hearing in violation of the mandatory requirement of La. Code Civ. P. art. 966(C)(1)(b).  Therefore, the trial court was procedurally barred from acting on the motion for summary judgment. See **Acadian Properties Northshore, L.L.C. v. Fitzmorris**, 2017-0424 (La. App. 1st Cir. 11/1/17), 234 So.3d 927, 934.  Accordingly, the district court's September 5, 2023 ruling that denied defendants' exception of insufficiency of service is reversed, the exception of insufficiency of service is granted, and the district court's ruling that granted plaintiffs' motion for partial summary judgment is vacated.

**JMG
WRC
WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT